FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 2 - 2014 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
MAERSK INC., as agent for A.P. Moller-Maersk A/S, : 13-CV-7130 (ARR)(RER)
:
Plaintiff, : <u>NOT FOR ELECTRONIC</u>
: <u>OR PRINT PUBLICATION</u>
-against- :
: <u>ORDER</u>
RUHANA FOODS U.S.A., INC. and SHEAK RIPON, :
:
Defendants. :
:
---------------------------------------------------------------- X

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated August 11, 2014, from the Honorable Ramon E. Reyes, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff's motion for default judgment, Dkt. #14, is granted. Plaintiff's motion for entry of judgment under Rule 54(b), Dkt. #26, is denied as moot.

The Clerk of Court is directed to enter a default judgment against defendants Ruhana Foods U.S.A., Inc. and Sheak Ripon, jointly and severally, for a total of $26,284.03, which specifically consists of the following awards: (1) $24,467.00 in damages; (2) $1,417.03 in prejudgment interest, consisting of $1,388.33 in prejudgment interest through August 15, 2014,

plus $2.05 per diem from August 15 until the entry of judgment on August 29, 2014, amounting to $28.70; and (3) $400.00 in costs.

Plaintiff is hereby directed to serve copies of this order upon defendants by first-class mail, at each of their last known addresses, and to promptly file proof of service with the Clerk of Court.

SO ORDERED.

s/Allyne R. Ross

_____
Allyne R. Ross
United States District Judge

Dated: August 29, 2014
Brooklyn, New York